UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- X
                                                          :
 UNITED STATES OF AMERICA,                                :
                                                          :
                        -against-                         :          93 Cr. 203 (LGS)
                                                          :
 JUAN CARLOS MUSTAFA,                                      :          **<u>ORDER</u>**
                                        Defendant.  :
--------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Defendant Juan Carlos Mustafa mailed an *ex parte* motion for sentence

reduction or compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) and for appointment of

counsel (the "Motion"), attaching Bureau of Prison ("BOP") medical records.  The papers filed

in connection with his Motion, except the medical records, are appended hereto.

      WHEREAS, "there is no statutory right to counsel under the Criminal Justice Act in

connection with a § 3582(c) motion, and . . . the provision of such counsel should rest in the

discretion of the district court."  *United States v. Cirineo*, 372 F. App'x 178, 179 (2d Cir. 2010)

(summary order) (citing *United States v. Reddick*, 53 F.3d 462, 464-65 (2d Cir. 1995)); *accord*

*United States v. Dussard*, No. 16 Crim. 673-2, 2020 WL 6263575, at *3 (S.D.N.Y. Oct. 23,

2020).  The merits of a motion for compassionate release are a "significant factor in the exercise

of that discretion."  *Reddick*, 53 F.3d at 465 n.2; *accord Dussard*, 2020 WL 6263575 at *3.

      WHEREAS, 18 U.S.C. § 3582(c)(1)(A)(i) provides that the court "may reduce the term of

imprisonment" only if it finds that "extraordinary and compelling reasons warrant such a

reduction."

      WHEREAS, the Court is not at this time appointing counsel to represent Defendant

connection with the Motion and is obtaining additional information before issuing a decision on

Defendant's request that the Court appoint counsel.

It is hereby **ORDERED** that because the merits of a motion for compassionate relief are a significant factor in the Court's decision as to whether to appoint counsel, by **March 19, 2021**, the Government (1) shall obtain and send a complete set of Defendant's updated BOP medical records to the Chambers e-mail address, (2) shall file a letter summarizing or highlighting any pertinent portion of such medical records and provide any other facts that the Government believes to be relevant to Defendant's Motion and (3) shall transmit a copy of such medical records to Defendant along with a copy of this Order. The set of BOP medical records that Defendant submitted in connection with his Motion will be filed under seal and e-mailed separately to the Government.

The Government is directed to email if possible and mail a copy of this Order to Defendant and file proof of service by **March 12, 2021**.

Dated: March 10, 2021
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Mustafa, Juan Carlos
Reg No. 34427-054
FCI - Gilmer, P.o. Box 6000
Glenville WV 26351

February 28, 2021

S4 93 cR 00203-06 (TPG)

Office of the clerk
u.s.D.c. for the Southern Dist, of New York
500 Pearl street
New York NY 10007
certified mail No. 7020 0640 0000 0320 0433

Dear clerk of the Court,

Please file the enclosed motion for Compassionate Release, memorandum of law, sworn affidavit, and the following appendice/Exhibits in support; Appendice A-1 through A-186 along with attached Appendix.

Juan Carlos Mustafa
Juan carlos mustafa

Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA )
)
)
)
V, )   S4 93 CR 00203-06 (TPG)
)
)
MUSTAFA JUAN CARLOS, )
        Defendant. )

## MOTION FOR COMPASSIONATE RELEASE AND MOTION FOR APPOINTMENT OF COUNSEL AND REDUCTION OF SENTENCE

Mustafa Juan carlos, pro-se, hereinafter ("Defendant") submits his motions for compassionate release and for appointment of counsel, memorandum of Laws, sworn affidavit, and attached Exhibits, and humbly prays for an ORDER GRANTING his requested relief as follows:

### AS A MATTER OF LAW

Pursuant to 18 U.S.C. section 3582 "a court may modify or reduce a term of imprisonment upon motion of the Director of the Bureau of Prisons or upon motion of the Defendant after the Defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the Defendants behalf or the lapse of 30 days from the receipt of such a request by the warden of the Defendant facility ..." 18 U.S.C. section 3582(c)(1)(A). If such circumstances exist as here

Page 1 of 7

"the court may modify or reduce the term of imprisonment after considering the factors set forth in 18 u.s.c. section 3553(a) and finding that extraordinary and compelling reasons warrant such a reduction and that such a reduction is consistent with applicable policing statements issued by the sentencing commission". Id at section 3582 (c)(1)(A)(i). In Support see attached memorandum of Law.

## AS A MATTER OF FACT

1)   Defendant properly served FCI-Gilmer, warden Robert Hudgins, with his request for compassionate release by USPS, certified mail / Return Receipt for merchandise and warden Robert Hudgins denied the said request; Now, Defendant, submits his motion for Compassionate Release to this Honorable Court. see Attached; Request for Compassionate Release to warden Robert Hudgins dated 12/16/2020 Appendice A-1, see Also Attached; certified mail / Return Receipt for merchandise cards appendice A-2 and A-3. see Also Attached; Denial by warden Robert Hudgins. Appendice A-4. see Also Defendant Affidavit at ___ 1 ;

2)   Here, at FCI-Gilmer, P.O. Box 6000, Glenville WV 26351, we are experiencing a severe outbreak of Covid 19 cases. On January 5, 2021, Defendant tested positive for covid 19 and on the same day Defendant was placed in Quarantine until February

Page 2 of 7

9, 2021. Respectfully, as of today Defendant is still suffering from the effects of covid 19. Here, at FCI-Gilmer, Defendant is at high risk of testing positive again due to the overcrowding and poor air quality ventilation system, and there are now new strands of coronavirus. Furthermore, Defendant is 60 years old and suffers from the following underlying medical conditions that put him at higher risk of injury, harm, or death; Diabetes, High cholesterol, morbid obesity, poor blood circulation, and Defendant is partially blind. Defendant fears that if he tests positive for covid 19 again that he may not win the recovery battle again. FCI-Gilmer refuses to provide Defendant with his medical record that reflects Defendant's positive covid 19 test results. However, see Summary Re-entry Plan-progress Report by Federal Bureau of Prisons Appendice A-174 which clearly states the words "Covid-19 Recovered", see Also Attached; Federal Bureau of Prisons medical records in support of Defendants underlying conditions appendice A-5 through A-165, see Also Defendant Affidavit at 2 ;

3)      It's important to note that Defendant was offered a 30 year plea agreement offer. The government felt 30 years was sufficient punishment for the charged crimes. Defendant proceeded to trial and received a Life + 75 years

Page 3 of 7

sentence. Defendant has been incarcerated for over 26 straight years and still counting.

      Emphasis Added! The sentences imposed for the various counts charging a violation of 18 U.S.C. section 924(c), would be drastically reduced if Juan Carlos Mustafa were sentenced today, Congress do now deems unwarranted the consecutive terms of imprisonment imposed for those section 924(c) convictions.

      The First Step Act amended section 924(c) so that a consecutive term of 25 years (300 months) for a second or subsequent conviction for a section 924(c) violation is no longer mandated if the crime was committed before a prior conviction thereunder was final. Accordingly, because Juan Carlos Mustafa would not receive consecutive sentences, nor a 25 year mandatory minimum, if he was sentenced today, this fact should constitute "extraordinary and compelling" reasons for reducing his sentences.

      Furthermore, under United States v. Davis, 139 S. Ct. 2319 (2019) it was held that the residual clause of section 924(c) to be unconstitutionally vague. Id at 2336. It's holding is a new substantive rule of constitutional law that applies retroactively to criminal cases that became final before the rule was announced. See In re Mullins, 942 F.3d 975, 979 (10th Cir. 2019).

In re Hammond, 931 F.3d 1032, 1039 (11th cir. 2019), united states v. Reece 938 F.3d 630, 635 (5th cir. 2019), and Welch v. united states, 136 S.ct. 1257, 1265 (2016). Thus, after Davis Juan Carlos mustafa's convictions for the section 924(c) counts are no longer valid, Accordingly, his sentences should be reduced as a matter of law. See Defendant Affidavit at 3.

4)   Defendant is 60 years old and a model inmate. Defendant is not a threat to the community and he will never even think about re offending ever again. In Support of 3553(a) factors:

          see Defendant' letter to the court appendice A-166, see also attached: Federal Bureau of Prisons male custody classification form dated 2/10/21. Defendants' security level is only 4 Points, Appendice A-167. see also attached: Federal Bureau of Prisons Inmate Education Data transcript dated 2/10/21 Appendice A-168 and A-169. see also Federal Bureau of Prisons Inmate History work detail dated 2/10/21 Appendice A-170 and A-171. see also Attached: Federal Bureau of Prisons Summary Reentry Plan-Progress Report dated 2/10/21 Appendice A-172 through A-175, see also attached: Recommendation to inmate incentive awards committee dated 2/1/03 Appendice A-176, see also attached: Recommendation to inmate incentive awards committee dated 12/20/01 Appendice A-177, see also

Page 5 of 7

Attached: Recommendation to inmate incentive awards committee dated 12/3/01 appendice A-178, see also attached: Recommendation to Incentive Awards committee dated 10/20/00 Appendice A-179, see Also attached: Recommendation to incentive awards committee dated 5/20/00 appendice A-180, see also attached: Recommendation to inmate Incentive awards committee dated 07/01/99 Appendice A-181, see also Attached: Recommendation to inmate Incentive awards committee dated 11/1/97 Appendice A-182, see also attached: Letter of Commendation from O.L. Enterprises for Inmate J. mustafa #34427-054 dated 12/5/97 Appendice A-183 and A-184, see also Attached: Recommendation to Incentive awards committee dated 8/8/95 Appendice A-185, see also Attached: Incentive award for Inmate Juan mustafa #34427-054 dated 2/14/95 Appendice A-186. see Defendant Affidavit at 4.

5)      Defendant has strong ties to the community and a loving and caring support network consisting of: his mom, soulmate, 6 kids, and 3 grandchildren who "all" mean the world to him. Respectfully, Defendant has learned his lesson and will not reoffend ever again, he will not be a burden on the government because he is a hard working and skilled worker, and Defendant will live with his mother and care for her. Defendants' mother is 80 years old and suffers from Diabetes, heart problems, High blood Pressure, and mental Illness.

Page 6 of 7

In support see Defendant' letter to the Court Appendice A-166, see also Letter to Court from the mother of Juan Carlos Mustafa dated February 20, 2021 Appendice A-187 and A-188.

RELIEF

Defendant humbly prays for the following relief:
ORDER GRANTING his motion for Compassionate Release, AND/OR Reduction of Sentence, AND/OR Appointment of Counsel because Defendant doesn't speak fluent english, AND/OR A Hearing on the matter, AND/OR Any other relief that this Honorable court deems to be appropriate and just.

Date: February 28, 2021                    Respectfully Submitted,

                                            Juan Carlos Mustafa
                                            Mustafa, Jaan Carlos
                                            Reg No. 34427-054
                                            FCI - Gilmer
                                            P.O. Box 6000
                                            Glenville WV 26351

Page 7 of 7

<u>SWORN AFFIDAVIT OF MUSTAFA JUAN CARLOS</u>

State of West Virginia )
        ) SS:)
County of Gilmer )

I, Mustafa Juan Carlos, the Defendant being first duly sworn deposes and says that :

1)     Defendant properly served FCI-Gilmer, warden Robert Hudgins with his request for compassionate release by USPS, Certified mail / Return Receipt for merchandise and warden Robert Hudgins denied the said request. Now Defendant submits his motion for Compassionate Release to this Honorable Court.

2)     Here, at FCI- Gilmer we are experiencing a severe outbreak of Covid 19 cases. On January 5, 2021, Defendant tested positive for Covid 19 and on the same day Defendant was placed in Quarantine until February 9, 2021. As of today Defendant is still suffering from the effects of Covid 19. Here at FCI-Gilmer Defendant is at high risk of testing positive again due to the overcrowding and poor air quality ventilation system, and there are now new strands of coronavirus. Furthermore, Defendant suffers from the following underlying medical conditions and he is 60 years old, coupled together Put him at a higher risk of injury, harm, or death: Diabetes, High cholesterol,

Page 1 of 3

SWORN AFFIDAVIT OF MUSTAFA JUAN CARLOS

morbid obesity, poor blood circulation, and Defendant is partially blind. Defendant fears that if he tests positive for Covid 19 again that he may not win the recovery battle again. FCI-Gilmer refuses to provide the Defendant with his medical record that reflects his positive covid 19 test result. However, see Summary Re-entry plan-progress Report by Federal Bureau of Prisons Appendice A-177 which clearly states the words "Covid-19 Recovered"

3) It's important to note that Defendant was offered a 30 year plea agreement offer. The government felt that 30 years was sufficient punishment for the charged crimes. Defendant proceeded to trial and received a Life + 75 years sentence. Defendant has been incarccerated for over 26 straight years and still counting.

4) Defendant is 60 years old and a model inmate. Defendant is not a threat to the community and he will never even think about re offending ever again.

5) Defendant has strong ties to the community and a loving and caring support network consisting of:

SWORN AFFIDAVIT OF MUSTAFA JUAN CARLOS

his mom, soulmate, 6 kids, and 3 grandchildren who "all" mean the world to him. Respectfully, Defendant has learned his lesson and will not reoffend ever again, he will not be a burden on the government because he is a hard working and skilled worker, and Defendant will live with his mother and care for her. Defendant's mother is 80 years old and suffers from Diabetes, heart problems, High blood Pressure, and mental Ilness.

Pursuant to Title 28 U.S.C. Section 1746, I, Juan Carlos Mustafa declare under penalty of perjury that the foregoing is true and correct to the best of my belief and Knowledge.

Executed this 28th day of February, 2021

_Juan Carlos Mustafa_
Juan Carlos Mustafa

Page 3 of 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

Juan Carlos Mustafa,

Petitioner,

v.                                       Crim. No: **1:93-cr-00203-LGS-6**

United States of America,

Defendant

_____/

## MEMORANDUM OF LAW

*COMES NOW*, Juan Carlos Mustafa, hereinafter known as petitioner, in pro se

forma, respectfully submits the above motion for Reduction of Sentence and

Compassionate Release under 18 USC 3582 (c)(1)(B); after Congress passed the First

Step Act and the recently enacted Cares Act. Petitioner has served **twenty** **SIX**

years of his current life sentence. In support thereof petitioner avers as follows:

1- Following a jury trial, petitioner was convicted of (6) count(s) 2ss, 9ss -21ss , 28ss -

30ss , 36ss , 39ss . CTS 2,10,12,13,15,16,18,19,&21 To Run Concur., CTS 9,11,14,

17,20,&39 10 YRS Concur with Group A., CTS 36,37 & 38 5 YRS To Run Concur. With

Groups A & B., Group D., Terms of Impr To Run Consecutively With Each Other and D

Consecutively to Groups A,B & C., Five Yrs Count 28., 20 Yrs Count 29, 20 Yrs on Cts

30, 30 Yrs on Count 40; with super rel. life on counts 36 & 37. Group E. Five yrs on cts

2,10,12,13,15,16,18,19 & 21 group F to run concur with each other and concur with group E., 3 yrs on cts 9,11,14,17,20,28,29,30,38,39 & 40 Group G., to run concur with each other and concur with groups E & F. (See, Docket No: 93).

2- It is well settled that pro se litigants generally are entitled to a liberal construction of their pleadings; which should be read 'to raise the strongest arguments that they suggest.' See, Harris v. Mills, 572 F.3d 66, 72 (2d Cir. 2009); see generally Haines v. Kerner, 404 U.S. 519, 520-521 (1972) (per curiam). Pro se complaints should be read with "special solicitude" and should be interpreted to raise the "strongest [claims] that they suggest." Triestman v. Fed. Bureau of Prisons, 470 F.3d 471, 474-75 (2d Cir. 2006)

3- Petitioner avers, with the protections afforded in Haines vs. Kerner, since his sentence and conviction was imposed, the legal landscape has changed in significant ways, as the result of Congressional action. Most notably, in December 2018, the President signed into law the First Step Act of 2018 ("FSA" or "Act"). That "act was the culmination of several years of congressional debate about what Congress might do to reduce the size of the federal prison population while also creating mechanisms to maintain public safety." Congressional Research Service, "The First Step Act of 2018: An Overview" (Mar. 4, 2019), available at https://crsreports.congress.gov.

4- However, the First Step Act does not provide for retroactive relief. For all offenses other than those falling within the ambit of sections 2 and 3 of the Fair Sentencing Act, the sentencing reform provisions of the FSA benefit only individuals who were convicted following the effective date of the Act, i.e., December 21, 2018. See First Step Act §§ 401(c), 402(b), 403(b); United States v. Contreras, 332 F.R.D. 712, 713 (D.N.Mex.

2019). Thus, the changes made regarding the "stacking" of § 924(c) offenses are not retroactive. See *Baugh v. United States*, No. 16-cv-2628, 2020 WL 409728, at *5 n.5 (M.D.Tenn. Jan. 24, 2020), appeal filed, No. 20-5313 (6th Cir. Apr. 20, 2020). Another major change brought about by the First Step Act involves the availability of so-called "compassionate release." Prior to the enactment of the FSA, a court could revisit a previously-imposed sentence if the Bureau of Prisons ("BOP") filed a motion to reduce the sentence, and if the court concluded, based on criteria established by the U.S. Sentencing Commission, that "extraordinary and compelling reasons" warranted a sentence reduction. See 28 U.S.C. § 994(t), 18 U.S.C. § 3582(c)(1)(A).

5- One of the FSA's most significant changes concerning compassionate release is that motions for reduction of sentence under § 3582 can now be brought by the defendant, if certain conditions are met. Previously, defendants had to submit a petition to the BOP director, who could decide whether to file a motion in district court. See *United States v. Brown*, 411 F.Supp.3d 446, 448 (S.D. Iowa 2019) (citing United States Sentencing Guidelines Manual § 1B1.13 cmt. n.4 (2018)). If the director declined to do so, the defendant could not challenge that decision in federal court. See, e.g., *Orlansky v. FCI Miami Warden*, 754 Fed.Appx. 862, 866-67 (11th Cir. 2018) (stating that the BOP had "unreviewable discretion" in that regard) (quoting *Turner v. United States Parole Comm'n*, 810 F.2d 612, 618 (7th Cir. 1987)).

6- Now, defendants themselves may bring a motion for reduction of their sentence. As amended by the First Step Act, 18 U.S.C. § 3582(c)(1)(A)(I) permits a court to consider such a motion either when the motion is made by the BOP, as before, or "upon motion

of the defendant after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier." Id § 3582(c)(1)(A). Petitioner has filed the appropriate remedy for Compassionate Release. The Warden denied it on 12|31|20,

7- So it is clear that now, both the BOP and the defendant may file a motion for compassionate release. What is less so is whether and to what extent the FSA effected any changes with respect to how courts can or should decide motions under §3582(c)(1) (A)(I), particularly whether courts are bound by the criteria established by the Sentencing Commission for determining what constitutes "extraordinary and compelling reasons" for sentence reduction.

8- Section 3582(c)(1)(A) provides that "the court ... may reduce the term of imprisonment (and may impose a term of probation or supervised release with or without conditions that does not exceed the un-served portion of the original term of imprisonment), after considering the factors set forth in section 3553(a) [concerning the factors to be considered in imposing a sentence] to the extent that they are applicable, if it finds that ... extraordinary and compelling reasons warrant such a reduction ... ." Congress never defined what constitutes "extraordinary and compelling" reasons. Instead, Congress directed the Sentencing Commission to promulgate "the criteria to be applied and a list of specific" examples. See, 28 U.S.C. § 994(t).

9- Pursuant to Congress's direction, and prior to the First Step Act, the Sentencing Commission established four categories of circumstances in which, in the Commission's

4

view, "extraordinary and compelling reasons exist." U.S. Sentencing Guidelines ("USSG") Manual § 1B1.13 cmt. n.1 (U.S.S.C. 2018). Those relate generally to: the defendant's medical condition; the defendant's age; the defendant's family circumstances; and any other reason that the BOP director determines to be extraordinary and compelling. Id. What circumstances might otherwise be deemed "extraordinary and compelling" under that last, catch-all provision, were not further clarified, but were left to the BOP director to determine. See *United States v. Rodriguez,* No. 2:03-cr-271, 2020 WL 1627331, at 2 (E.D.Pa. Apr. 1, 2020). Those categories under the USSG have not been updated since the FSA was enacted in 2018.

10- Courts have reached different conclusions about whether, in the wake of the FSA, courts considering a § 3582(c) motion for reduction of sentence are limited to the four sets of circumstances set forth by the Sentencing Commission. Some courts have held that the FSA allows the court to grant such a motion only if the BOP director could have done so under the law as it existed prior to the enactment of the FSA. In other words, those courts conclude that judges' discretion is constrained by the Sentencing Commission's previously established categories, and may not stray beyond the specific instances listed in the Commission's comment to § 1B1.13. See, e.g., *United States v. Willingham,* No. CR113-010, 2019 WL 6733028, at *2 (S.D. Ga. Dec. 10, 2019); *United States v. Lynn,* No. CR 89-72, 2019 WL 3805349, at *4 (S.D. Ala. Aug. 13, 2019), appeal dismissed, 2019 WL 6273393 (11th Cir. 2019).

11- Other courts have taken a different view, concluding that courts are no longer bound by the specific categories identified by the Sentencing Commission prior to the

enactment of the First Step Act. See, e.g., *United States v. Schmitt*, No. CR12-4076, 2020 WL 96904, at *3 (N.D.Iowa Jan. 8, 2020); *United States v. Beck*, No. 13-CR-186, 2019 WL 2716505, at *6 (M.D.N.C. June 28, 2019). Those courts appear to be part of a growing consensus. See *United States v. Young*, No. 00-cr-00002, 2020 WL 1047815, at *6 (M.D.Tenn. Mar. 4, 2020) ("a majority of the district courts that have considered the issue have ... held, based on the First Step Act, that they have the authority to reduce a prisoner's sentence upon the court's independent finding of extraordinary or compelling reasons") (citing cases).

12- Today, the defendant himself may bring a motion for relief, regardless of whether the BOP director considers such relief appropriate. To say that the court is restricted to the four sets of circumstances set out by the Sentencing Commission would essentially nullify the fourth category as to motions brought by defendants, since the director's failure to bring a motion presumably means that the director does not believe that any extraordinary and compelling reason exists.

13- Such a result hardly seems consonant with Congress's intent in passing the First Step Act. Notably, the title of the Act is "Increasing the Use and Transparency of Compassionate Release." Simply by giving prisoners direct access to the courts, the Act went some way toward achieving that end. But given the procedural hurdle that defendants must clear–that the BOP first deny or fail to act on a request made to the BOP–limiting the fourth criterion to the BOP director's judgment as to whether a motion is warranted would hardly accomplish much. Courts have repeatedly noted that motions for compassionate release have rarely been filed by the BOP. See *United States*

6

*v. Rivernider*, 2020 WL 597393, at *3 (D.Conn. Feb. 7, 2020); Brown, 411 F.Supp.3d at 450 (noting that the Act's title is "especially valuable" in evaluating Congress's intent in light of the BOP's long and criticized history of rarely granting compassionate-release petitions); *United States v. Gerard Scparta*, No. 18 Cr. 578 (AJN), ECF Dkt. 69 (S.D.N.Y. Apr. 19, 2020).

14- Pristinely clear, a First Step Act motion filed pursuant to 18 U.S.C. § 3582(c) (1) (B) is based on the **Act's own explicit statutory authorization**, rather than on any action of the Sentencing Commission. For this reason, such a motion falls within the scope of § 3582(c)(1)(B), which provides that a "court may modify an imposed term of imprisonment to the extent otherwise expressly permitted by statute." This section contains no requirement that the reduction comport with U.S.S.G. § 1B1.10 or any other policy statement, and thus the defendant's eligibility turns only on the statutory criteria of each particular case. See, ***Holloway v. United States***, No. 19-1035-cr (Court of Appeals Second Circuit) (April 2020).

15- For the above reasons, the courts have concluded that they are not bound by the USSG's statements concerning release. In particular, the fact that the BOP director has not found extraordinary and compelling reasons to exist does not constrain the court's ability to decide that question, independently. That is particularly so given the now advisory nature of the Sentencing Guidelines. See *United States v. Gagne*, No. 3:18-cr-242, 2020 WL 1640152, at *3 (D. Conn. Apr. 2, 2020) (stating that "'extraordinary and compelling' circumstances may exist outside of those circumstances delineated by the U.S. Sentencing Commission, given the advisory nature of the guidelines, and their

conflict with the statutory language of the First Step Act amendments") (citing *United States v. Booker*, 543 U.S. 220 (2005)), appeal filed, No. 20-1169 (2d Cir. Apr. 8, 2020).

16- Petitioner has met the exhaustion requirement for bringing a motion for relief under § 3582. As mention above, Petitioner has submitted a cop-out to the Warden of his current institution. The relief sought was denied.

17- As of April 16, 2020, SARS-COV-2, a novel coronavirus causing COVID-19, has infected over 28.1 million people worldwide, leading to at least 905,238 deaths, and to 200,000 deaths in the United States. The President of the United States has declared a national emergency. Our country is still behind the curve on community testing, and we do not know the true extent of community spread as of the date of this filing.

18- It is a fact, the recommended social distancing measures are nearly impossible to implement and adhere to in detention facilities (like BOP) where detained individuals' share dining, bathing and sleeping areas, and testing for the virus in county jails remains largely unavailable. In addition to threatening the well-being of detained individuals, COVID-19 is a threat to corrections staff that necessarily move between the community and the detention facilities where they work.

19- Petitioner—now sixty years—has spent over half of his live in prison. As explained below, has maintained an exemplary record while in prison. Despite his life-without-parole sentence, petitioner, by all accounts, has made the most of the almost three decades—have enrolled, in and completed, extensive coursework, worked diligently at their respective jobs, and engaged in various community service and mentorship opportunities.

20- As to medical conditions, petitioner is a diabetic for which he is currently receiving medication. The CDC has stated diabetes as a high risk factor. The medical record in the Current Institution can attest to petitioner medical condition. Furthermore, the CDC has stated males (like petitioner) over 60 years are more vulnerable to contract the virus. Petitioner deserves a second chance for crimes committed almost 30 years ago.  See, **Judge  Sidney H. Stein**, U.S. District Judge 87-Cr-593 (SHS) Opinion & Order; see also, *Nkanga,* 2020 WL 1529535, at *1.

21- In conclusion, because there is new information that bears on the issue of whether petitioner's release is appropriate in response to the COVID-19 pandemic and in light of the foregoing health and safety concerns posed by incarceration, the defendant respectfully petitions for his release from confinement under the conditions this Honorable Court deems appropriate, including location but not limited to 'home confinement' to serve the remaining of the sentence.

WHEREFORE, for the foregoing reasons and case law cited herein, petitioner prays this Honorable Court grants the relief seek herein. Also, vacates the sentence and conviction imposed according to the provisions reforms mention above, and/or grants any other relief this Court deems proper.

Filed the __28__ day of February, 2021

Respectfully submitted,

*Juan Carlos Mustafa*

Juan Carlos Mustafa

Petitioner Pro Se

9

## <u>CERTIFICATE OF SERVICE</u>

*I HEREBY CERTIFY,* under penalty of perjury that the following motion "For Reduction of Sentence and/or Compassionate Relief" filed under Title 21 USC 3582 (c) (1) (B) is true and correct. A copy of the foregoing petition was mailed first class pre-paid to the United States Attorney's Office located at One St. Andrew's Plaza New York, NY 10007.

Juan Carlos Mustafa
**Register No: 34427-054**
Gilmer – FCI
PO BOX 6000
Glenville, WV 26351

clerk of the Court

# APPENDIX

1) Request for compassionate Release To warden Hudgins 12/16/20 . . . . . A-1
2) certified mail / Return Receipt for merchandise cards . . . . . . . . . A-2 and A-3
3) Denial by warden Robert Hudgins dated 12/3/20 . . . . . . . . . . . . A-4
4) Defendants FBOP medical records . . . . . . . . . . . A-5 through A-165
5) Defendant Letter to the Court . . . . . . . . . . . . . . A-166
6) FBOP male custody classification form dated 2/10/21 . . . . . . . . A-167
7) FBOP Inmate Education Data transcript dated 2/10/21 . . . . A-168 and A-169
8) FBOP Inmate History work Detail dated 2/10/21 . . . . . . . A-170 - 171
9) FBOP Summary Reentry Plan-progress Report dated 2/10/21 . . A-172 - A-175
10) recommendation to inmate incentive awards committee dated 2/1/03 . . A-176
11) recommendation to inmate incentive awards committee dated 12/20/01 . A-177
12) recommendation to inmate incentive awards committee dated 12/3/01 . . A-178
13) recommendation to inmate incentive awards committee dated 10/20/00 . . A-179
14) recommendation To inmate incentive awards committee dated 5/20/00 . . A-180
15) recommendation to inmate incentive awards committee dated 7/1/99 . . A-181
16) recommendation to inmate Incentive awards committee dated 11/1/97 . . A-182
17) Letter of commendation from D.L. Enterprises dated 12/5/97 . . A-183 - A-184
18) recommendation to inmate incentive awards committee dated 8/8/95 . . A-185
19) Incentive award for Inmate Juan mustafa #34427-054 dated 2/14/95 . . A-186
20) Letter from the mother of Juan carlos mustafa dated 2/20/21 . . . A-187

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                          A-1        FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) WARDEN ROBERT HUDGINS | DATE: December 16, 2020 |
| FROM: Juan Carlos Mustafa | REGISTER NO.: 34427-054 |
| WORK ASSIGNMENT: B-1 unit orderly | UNIT: B-1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.  Continue
on back, if necessary.  Your failure to be specific may result in no action being taken.
If necessary, you will be interviewed in order to successfully respond to your request.)

I am requesting compassionate Release under the First Step Act because
my life is in danger here at FCI-Gilmer due to a severe outbreak of
Covid 19 as follows: I am 60 years old and I suffer from Diabetes, High
Blood Pressure, High cholesterol, poor circulation, and I'm partially Blind.
Furthermore, here, at FCI-Gilmer it's impossible to social distance due to
overcrowding and the recycled air is pumped throughout the building
putting me at greater risk. I humbly ask Warden ROBERT HUDGINS
to expedite this request for compassionate Release due to
the detailed circumstances described above. WARDEN ROBERT
HUDGINS has been properly served this request for Compassionate Release
by certified mail (Return Receipt for merchandise No. 7020 0640 0000 0320 0563.
Thank you kindly.

(Do not write below this line)

DISPOSITION:


| Signature Staff Member | Date |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94



USPS TRACKING #
CHARLESTON

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 4307 8190 3755 08

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Juan Carlos Mustafa
#34427-054
FCI-Gilmer
P.O. Box 6000
Glenville WV 26351
unit B-1

Compassionate Release

A-2

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

WARDEN ROBERT HUDGINS
FCI-Gilmer
201 FCI-Lane
Glenville WV 26351

9590 9402 4307 8190 3755 08

2. Article Number (Transfer from service label)

7020 0640 0000 0320 0563

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X B.W. Mish          ☑ Agent
                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
B.W. Mish                        12/08/00

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

15 STAMP

A-3

WARDEN ROBERT HUDGINS
FCI-Gilmer
201 FCI-Lane
Glenville WV 26351

Carlos Mustafa
7-054
correctional Institution - Gilmer
X 6000
e WV 26351

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**A: COMPLETE THIS SECTION**

ete items 1, 2, and 3.
our name and address on the reverse
t we can return the card to you.
this card to the back of the mailpiece,
front if space permits.
Addressed to:

ROBERT ROBERT HUDGINS
CI-Gilmer
201 FCI-Lane
enville WV 26351

9590 9402 4307 8190 3755 08

0640 0000 0320 0563

PS 3811, July 2015 PSN 7530-02-000-9053

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

O F F I C I A L   U S E

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery   $

Postage
$

Total Postage and Fees
$

Postmark
Here

Juan Carlos Mustafa
#34487-054
Unit B-1
Confidential

Sent To  WARDEN ROBERT HUDGINS, FCI-Gilmer
Street and Apt. No., or PO Box No.   201 FCI-Lane

7020 0640 0000 0320 0563

7020 0640 0000 0320 0563

## INMATE REQUEST TO STAFF MEMBER RESPONSE

**NAME: Mustafa, Juan**
**REG. NO.: 34427-054**

A - 4

This is in response to your Inmate Request to Staff Member in which you request consideration for a Reduction in Sentence (RIS) / Compassionate Release. Specifically, you wish to be considered due to extraordinary or compelling circumstances.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence. Accordingly, your RIS request is denied at this time.

If you are not satisfied with this response to your request, you may commence an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

_____    Date: __12/31/20__
F. J. Bowers, Acting Warden

cc: Medical Records
    Unit Team

A-166

Mustafa, Juan carlos
Reg No. 34427-054
FCI-Gilmer, P.O. Box 6000
Glenville WV 26351

February ___, 2021

54 93 CR 00203-06 (TPG)

united states District court Judge
Southern District of New York
500 Pearl street
New York, NY 10007

Dear united States District court Judge,

When I committed my selfish and sickening crimes I was a reckless fool that didn't have a care in the world. Your Honor Today I am not that same person, I sincerely apologize to my victims, the victims families, my family, and this Honorable court with all my heart. Sadly, it has taken many years in prison to learn what is really important in life and what is not. Everyday that I wake up I do everything in my power to be a better person than I was yesterday and if released from prison that will not change. I am 60 years old and I assure this Honorable Court that I will never re-offend again. I just want to hold my mom, soulmate, my children, and my grandchildren and never let them go ever again. Two years ago I lost my son Raymond mustafa and everyday of my life I live with sadness, guilt, and tears.     Respectfully Submitted

A-167

```
   GILGD   606.00 *      MALE CUSTODY CLASSIFICATION FORM      *      02-10-2021
PAGE 001 OF 001                                                        13:42:15
                        (A) IDENTIFYING DATA

REG NO..: 34427-054            FORM DATE: 03-12-2020          ORG: GIL
NAME....: MUSTAFA, JUAN CARLOS

                               MGTV: PSF WAV
PUB SFTY: GRT SVRTY,ALIEN,SENT LGTH    MVED: N/A
                        (B) BASE SCORING
DETAINER: (0) NONE             SEVERITY.......: (7) GREATEST
MOS REL.: 540                  CRIM HIST SCORE: (00) 1 POINT
ESCAPES.: (0) NONE             VIOLENCE.......: (0) NONE
VOL SURR: (0) N/A              AGE CATEGORY...: (0) 55 AND OVER
EDUC LEV: (0) VERFD HS DEGREE/GED    DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                        (C) CUSTODY SCORING
TIME SERVED.....: (3) 0-25%     PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD      TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE      FAMILY/COMMUN..: (4) GOOD


              --- LEVEL AND CUSTODY SUMMARY ---

BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
+7   +19    -3        +4        HIGH       MEDIUM            IN     DECREASE


G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
 GILGD            *        INMATE EDUCATION DATA         *     02-10-2021
PAGE 001          *            TRANSCRIPT                *     07:29:48


REGISTER NO: 34427-054      NAME..: MUSTAFA          FUNC: PRT
FORMAT.....: TRANSCRIPT      RSP OF: GIL-GILMER FCI                A-168


------------------------- EDUCATION INFORMATION -------------------------
FACL ASSIGNMENT DESCRIPTION               START DATE/TIME STOP DATE/TIME
GIL  ESL HAS   ENGLISH PROFICIENT          06-30-1994 1257 CURRENT
GIL  GED EARNED GED EARNED IN BOP          03-09-1999 1102 CURRENT


------------------------- EDUCATION COURSES -------------------------
SUB-FACL     DESCRIPTION               START DATE  STOP DATE  EVNT AC LV  HRS
GIL          CARDIO: M/W/F 2:00-3:00PM  01-26-2019 03-16-2019  P  C  P    6
GIL          BASIC SPIN:M,W,F 9:00-10:00AM 01-26-2019 03-16-2019  P  C  P    6
GIL          ADV JUMP ROPE:T/TH;1400    11-11-2011 01-06-2012  P  C  P    4
GIL          LEATHER 1830-2030          01-24-2011 05-06-2011  P  C  P   22
GIL          BIG MAN CARDIO:M,W,F;1400  01-14-2011 03-16-2011  P  C  P    6
BSY          STOP THE VIOLENCE;MON;7:40AM 05-09-2010 06-23-2010  P  C  P   24
BSY          BEG CROCHET,T&R,12:30-2:00;JB 05-04-2010 05-25-2010  P  C  P   12
LEW          RPP-ANGER MANAGEMENT       03-13-2009 06-05-2009  P  W  I    5
LEW  CODE    RPP-VALUES                 07-28-2008 08-25-2008  P  C  P    8
LEW  CODE    RPP-VICTIM IMPACT/REST JUSTICE 06-23-2008 07-21-2008  P  C  P    4
LEW  CODE    RPP-PARENTING FROM A DISTANCE 06-09-2008 06-16-2008  P  C  P    4
LEW  CODE    RELEASE ISSUES             05-05-2008 06-02-2008  P  C  P    8
LEW  CODE    RPP-LOCAL SOCIAL SERVICE   04-14-2008 04-28-2008  P  C  P    5
LEW  CODE    RPP-CAREER EXPLORATION INV. 03-10-2008 04-07-2008  P  C  P    8
LEW  CODE    RPP-HEALTH PRO/DISEASE PREVENT 02-11-2008 03-03-2008  P  C  P    5
LEW  CODE    RPP-FOOD & MONEY ASST.     11-05-2007 02-04-2008  P  C  P    8
LEW  CODE    MILLWRIGHT APPRENTICESHIP  08-17-2004 03-08-2007  P  C  A 8000
LEW  CODE    LEISURE ACTIVITY/CERAMICS-2002 01-02-2002 12-31-2002  P  C  P  120
LEW  CODE    MILLWRIGHT APPRENTICESHIP  08-15-1994 12-01-2001  P  C  A 9000
LEW  CODE    LEISURE ACTIVITY/CERAMICS-2001 01-02-2001 12-31-2001  P  C  P  120
LEW          LEISURE ACTIVITY/CERAMICS-2000 01-03-2000 01-02-2001  P  C  P  120
LEW          LEISURE ACTIVITY/CERAMICS  11-20-1997 01-03-2000  P  C  P  650
LEW          LEISURE ACTIVITY/INSTR.MUSIC 01-10-1998 10-31-1999  P  C  P  360
LEW          SPANISH GED                12-04-1997 03-09-1999  P  C  P  566
LEW          MATH VT/ACE,WED. 6:30-8:15PM 12-14-1997 07-21-1998  P  C  P  200
LEW          SPANISH GED CLASS 9AM      10-31-1996 12-04-1997  C  W  I    0
LEW          MATH VT/ACE,WED. 6:30-8:15PM 04-17-1997 08-28-1997  P  C  P   40
LEW          ECONOMICS VTACE WED 6:30-8:30 06-11-1997 08-27-1997  P  C  P   24
LEW          LITERACY PROGRAM           09-16-1994 10-25-1996  P  W  I  960
LEW          PARENTING CLASS            02-13-1996 06-04-1996  P  C  P   30
LEW          ENGLISH AS A SECOND LANGUAGE 04-26-1994 06-30-1994  P  C  P  206
OTV  DCU     ESL CLASS AFTERNNONS MON-FRI 09-27-1993 01-13-1994  P  W  I   72
OTV  DCU     HOLDOVER ORIENTATION PROGRAM 09-21-1993 09-27-1993  P  C  P   33


------------------------- HIGH TEST SCORES -------------------------
TEST         SUBTEST       SCORE   TEST DATE    TEST FACL  FORM   STATE
CASAS        LIST PLACE    225.0   04-26-1994   LEW        1
             READ CERT     230.0   06-26-1994   LEW        522
             READ LEV A    237.0   05-26-1994   LEW        35
             READ PLACE    225.0   04-26-1994   LEW        1


G0002        MORE PAGES TO FOLLOW . . .
```

```
   GILGD        *          INMATE EDUCATION DATA        *      02-10-2021
PAGE 002 OF 002 *               TRANSCRIPT             *      07:29:48


REGISTER NO: 34427-054     NAME..: MUSTAFA              FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: GIL-GILMER FCI
                                                                        A-169
-------------------------- HIGH TEST SCORES --------------------------
TEST         SUBTEST       SCORE     TEST DATE     TEST FACL     FORM     STATE
CTBS         MATH APPL      6.5      02-02-1996     LEW           2
             MATH COMP      7.3      02-02-1996     LEW           2
             MATH CONC      6.5      02-02-1996     LEW           2
             READ COMP     10.5      02-02-1996     LEW           2
             VOCABULARY    11.8      02-02-1996     LEW           2
GED          AVERAGE       55.0      03-09-1999     LEW           PASS     PA
             LIT/ARTS      59.0      03-09-1999     LEW           AE       PA
             MATH          54.0      03-09-1999     LEW           AE       PA
             SCIENCE       49.0      03-09-1999     LEW           AE       PA
             SOC STUDY     69.0      03-09-1999     LEW           AE       PA
             WRITING       44.0      03-09-1999     LEW           AE       PA




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

```
GILGD  531.01 *              INMATE HISTORY              *    02-10-2021
PAGE 001        *              WRK DETAIL               *    07:21:47
```

```
REG NO..: 34427-054 NAME....: MUSTAFA, JUAN CARLOS
CATEGORY: WRK       FUNCTION: PRT       FORMAT:
```

A-170

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| GIL | B1 UNT ORD | B1 UNIT ORDERLY | 11-06-2020 1212 | CURRENT |
| GIL | B1 UNT ORD | B1 UNIT ORDERLY | 10-20-2020 1308 | 11-06-2020 0709 |
| GIL | B1 UNT ORD | B1 UNIT ORDERLY | 11-18-2015 0841 | 10-20-2020 0656 |
| GIL | SHU UNASSG | SPECIAL HOUSING UNASSG | 09-25-2015 0959 | 11-18-2015 0841 |
| GIL | F UNICOR4 | FCI UNICOR 4 | 12-31-2014 0001 | 09-25-2015 0959 |
| GIL | F UNICOR6 | FCI UNICOR 6 | 11-04-2014 0001 | 12-31-2014 0001 |
| GIL | B1 UNT ORD | B1 UNIT ORDERLY | 07-04-2014 0001 | 11-04-2014 0001 |
| GIL | UNASSG | UNASSIGNED | 07-01-2014 0001 | 07-04-2014 0001 |
| GIL | F UNICOR4 | FCI UNICOR 4 | 07-18-2013 0730 | 07-01-2014 0001 |
| GIL | MAINT #4 | GEN MAINTENANCE | 07-17-2013 0001 | 07-18-2013 0730 |
| GIL | UNASSG | UNASSIGNED | 06-08-2013 0001 | 07-17-2013 0001 |
| GIL | SHU UNASSG | SPECIAL HOUSING UNASSG | 06-02-2013 1902 | 06-08-2013 0001 |
| GIL | F UNICOR4 | FCI UNICOR 4 | 05-07-2013 1200 | 06-02-2013 1902 |
| GIL | UNASSG | UNASSIGNED | 05-02-2013 1502 | 05-07-2013 1200 |
| GIL | SHU UNASSG | SPECIAL HOUSING UNASSG | 04-14-2013 2115 | 05-02-2013 1502 |
| GIL | F UNICOR4 | FCI UNICOR 4 | 08-15-2011 0001 | 04-14-2013 2115 |
| GIL | UNICOR IN | UNICOR LAY-IN | 08-05-2011 0001 | 08-15-2011 0001 |
| GIL | UNICOR AM | UNICOR AM | 06-13-2011 0001 | 08-05-2011 0001 |
| GIL | F UNICOR4 | FCI UNICOR 4 | 06-01-2011 0001 | 06-13-2011 0001 |
| GIL | UNICOR AM | UNICOR AM | 04-02-2011 0001 | 06-01-2011 0001 |
| GIL | F UNICOR1 | FCI UNICOR 1 | 04-01-2011 0001 | 04-02-2011 0001 |
| GIL | CCS DW | CORR SVC YARD DW | 11-10-2010 0001 | 04-01-2011 0001 |
| GIL | UNASSG | UNASSIGNED | 11-09-2010 0921 | 11-10-2010 0001 |
| GIL | A&O | A&O | 10-06-2010 1740 | 11-09-2010 0921 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 09-23-2010 1515 | 10-06-2010 0940 |
| ATL | DCU UNASSG | DETENTION CENTER UNASSIGNED | 09-16-2010 1715 | 09-23-2010 0944 |
| BSY | UNICOR 5 | MECHANICS | 03-18-2010 1015 | 09-16-2010 0851 |
| BSY | GM 2 PM | PM WORK DETAIL | 02-23-2010 0001 | 03-18-2010 1015 |
| BSY | UNASSG | UNASSIGNED | 02-19-2010 1156 | 02-23-2010 0001 |
| BSY | A&O | ADMISSION & ORIENTATION | 02-03-2010 1400 | 02-19-2010 1156 |
| ATL | DCU II ORD | DCU II ORDERLY & FS WORKER | 01-21-2010 1101 | 02-03-2010 0559 |
| ATL | DCU UNASSG | DETENTION CENTER UNASSIGNED | 01-13-2010 1442 | 01-21-2010 1101 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 01-11-2010 1701 | 01-13-2010 0855 |
| CAA | H/O UNASSG | HOLD OVER UNIT | 11-24-2009 1316 | 01-11-2010 0722 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 09-11-2009 1403 | 11-24-2009 1026 |
| LEW | I-BUSI OFC | INDUSTRIES BUS OFFICE | 03-17-2009 0001 | 09-11-2009 1403 |
| LEW | MILLWRIGHT | MILLWRIGHT | 02-22-2007 0001 | 03-17-2009 0001 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 02-20-2007 0803 | 02-22-2007 0001 |
| LEW | MILLWRIGHT | MILLWRIGHT | 06-13-2006 0001 | 02-20-2007 0803 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 06-07-2006 1310 | 06-13-2006 0001 |
| NYM | UNASSG | UNASSIGNED WORK DETAIL | 04-04-2006 1456 | 06-07-2006 0351 |

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
· GILGD  531.01 *              INMATE HISTORY          *    02-10-2021
PAGE 002 OF 002 *               WRK DETAIL             *    07:21:47


REG NO..: 34427-054 NAME....: MUSTAFA, JUAN CARLOS
CATEGORY: WRK      FUNCTION: PRT      FORMAT:                    A-171
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| LEW | MILLWRIGHT | MILLWRIGHT | 12-29-2003 0001 | 04-04-2006 0556 |
| LEW | VACATION | VACATION | 12-24-2003 0001 | 12-29-2003 0001 |
| LEW | MILLWRIGHT | MILLWRIGHT | 10-30-2003 0001 | 12-24-2003 0001 |
| LEW | VACATION | VACATION | 10-27-2003 0001 | 10-30-2003 0001 |
| LEW | MILLWRIGHT | MILLWRIGHT | 10-23-2003 0001 | 10-27-2003 0001 |
| LEW | VACATION | VACATION | 10-20-2003 0001 | 10-23-2003 0001 |
| LEW | MILLWRIGHT | MILLWRIGHT | 10-16-2003 0001 | 10-20-2003 0001 |
| LEW | VACATION | VACATION | 10-14-2003 0001 | 10-16-2003 0001 |
| LEW | MILLWRIGHT | MILLWRIGHT | 10-08-2003 0001 | 10-14-2003 0001 |
| LEW | VACATION | VACATION | 10-06-2003 0001 | 10-08-2003 0001 |
| LEW | MILLWRIGHT | MILLWRIGHT | 10-01-2003 0800 | 10-06-2003 0001 |
| LEW | VACATION | VACATION | 09-29-2003 0800 | 10-01-2003 0800 |
| LEW | MILLWRIGHT | MILLWRIGHT | 12-03-1998 1143 | 09-29-2003 0800 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 12-03-1998 0914 | 12-03-1998 1143 |
| LEW | MILLWRIGHT | MILLWRIGHT | 04-22-1996 0001 | 12-03-1998 0914 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 04-07-1996 1217 | 04-22-1996 0001 |
| LEW | MILLWRIGHT | MILLWRIGHT | 04-03-1995 0001 | 04-07-1996 1217 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 03-26-1995 1836 | 04-03-1995 0001 |
| LEW | MILLWRIGHT | MILLWRIGHT | 08-15-1994 0001 | 03-26-1995 1836 |
| LEW | DINE ROOM | FOOD SVC DINING ROOM | 05-16-1994 0001 | 08-15-1994 0001 |
| LEW | FOOD SVC | FOOD SERVICE | 05-04-1994 0001 | 05-16-1994 0001 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 04-14-1994 1521 | 05-04-1994 0001 |
| NYM | UNASSG | UNASSIGNED WORK DETAIL | 03-30-1994 0206 | 04-14-1994 0622 |
| OTV | FS2 AM CK | FOOD SERVICE 2 AM COOK SHIFT | 02-11-1994 1511 | 03-30-1994 0020 |
| OTV | FS4 PM CK | FOOD SERVICE 4 PM COOK SHIFT | 01-20-1994 0001 | 02-11-1994 1511 |
| OTV | UN JAIL | HOLDOVER/JAIL INMATE UNASSG | 01-14-1994 0541 | 01-20-1994 0001 |
| NYM | UNASSG | UNASSIGNED WORK DETAIL | 11-16-1993 0209 | 01-14-1994 0215 |
| OTV | FS4 PM CK | FOOD SERVICE 4 PM COOK SHIFT | 11-13-1993 0001 | 11-16-1993 0032 |
| OTV | UN JAIL | HOLDOVER/JAIL INMATE UNASSG | 11-10-1993 0645 | 11-13-1993 0001 |
| NYM | UNASSG | UNASSIGNED WORK DETAIL | 11-04-1993 0221 | 11-10-1993 0213 |
| OTV | FS4 PM CK | FOOD SERVICE 4 PM COOK SHIFT | 09-30-1993 1256 | 11-04-1993 0042 |
| OTV | FOOD SVC | FOOD SERVICE | 09-29-1993 0001 | 09-30-1993 1256 |
| OTV | STUDENT PM | STUDENT PM | 09-27-1993 0001 | 09-29-1993 0001 |
| OTV | STUDENT | STUDENT ALL DAY | 09-22-1993 0001 | 09-27-1993 0001 |
| OTV | A/O | ADMISSIONS AND ORIENTATION | 09-19-1993 0001 | 09-22-1993 0001 |
| OTV | HLD-A&O | WAITING FOR A/O | 09-14-1993 1013 | 09-19-1993 0001 |
| OTV | UN JAIL | HOLDOVER/JAIL INMATE UNASSG | 09-07-1993 0710 | 09-14-1993 1013 |
| NYM | UNASSG | UNASSIGNED WORK DETAIL | 08-27-1993 0220 | 09-07-1993 0529 |
| OTV | UN JAIL | HOLDOVER/JAIL INMATE UNASSG | 08-23-1993 0629 | 08-27-1993 0044 |
| NYM | UNIT 7N | UNIT 7N ORDERLY/KITCHEN | 04-01-1993 0810 | 08-23-1993 0454 |
| NYM | UNASSG | UNASSIGNED WORK DETAIL | 03-25-1993 1904 | 04-01-1993 0810 |

```
G0000      TRANSACTION SUCCESSFULLY COMPLETED
```



## Summary Reentry Plan - Progress Report
### Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: MUSTAFA, JUAN CARLOS  34427-054

SEQUENCE:  00223630
Report Date: 02-10-2021





| | |
|---|---|
| Facility: | GIL  GILMER FCI |
| Name: | MUSTAFA, JUAN CARLOS |
| Register No.: | **34427-054** |
| Quarters: | B01-131L |
| Age: | 60 |
| Date of Birth: | 03-21-1960 |

| | |
|---|---|
| Custody Level: | IN |
| Security Level: | MEDIUM |
| Proj. Rel Date: | UNKNOWN |
| Release Method: | LIFE |
| DNA Status: | GIL02907 / 06-07-2011 |

### Contact Information
Release contact & address
Algema  Mustafa, MOTHER
524 W. 173 RD, St. #2A, New York, NY 10032 US

Phone (Home) : 212-740-2916

### Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 18:1962(C)RACKETEERING; 18:1959(A)(5)VIOLENT CRIMES IN AID OF RACKETEERING; 18:924(C)USE OF A FIREARM IN CONNECTION WITH A CRIME OF VIOLENCE; 21:846 CONSPIRACY TO DISTRIBUTE NARCOTICS; 21:812,841(A)(1)&841(B)(1)(A)POSSESS WITD NARCOTICS; 18:371 CONS:TO TRANSPORT EXPLOSIVES;18:844(D) TRANSPORT EXPLOSIVES | LIFE |

Date Sentence Computation Began:    03-30-1994

Sentencing District:    NEW YORK, SOUTHERN DISTRICT

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit  - InOp Time |
|---|---|---|---|
| 0 /    0 /    0 | 0 | Years: 27  Months: 10  Days: | + 371    JC - 0    InOp |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| ICE | IMMIGRATION DETAINER |

### Program Plans
Inmate Mustafa arrived at FCI Gilmer on October 10, 2010.  During his initial classification, he was instructed to enroll in educational and recreational programs.  It was also recommended that he obtain institutional employment and maintain positive work evaluations.  Additionally, he was instructed to maintain clear conduct and comply with all institutional rules and regulations.

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| GIL | B1 UNT ORD | B1 UNIT ORDERLY | 11-06-2020 |

### Work Assignment Summary
Since his arrival to FCI Gilmer, inmate Mustafa has been employed in Unicor from April 2011 until September 2015.  During this employment, his work evaluations were exceptional.  He reported to work as required and completed all assigned task.  His work was completed on time and the quality of his craftmanship was excellent.  He is currently employed as a Unit Orderly, and is tasked with maintaining sanitation of the Unit Team/staffing area.  He reports to work on a daily basis and completes any assignment as requested.  He has assisted with painting, waxing floors, rearranging storage closets, and preparing for visits from the Regional Directors to ACA inspections.  His work ethic is superior.  He is respectful to staff and inmates at all times. He has received numerous letters from employers, commending his hard work and dedication.

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| GIL | ESL HAS | ENGLISH PROFICIENT | 06-30-1994 |
| GIL | GED EARNED | GED EARNED IN BOP | 03-09-1999 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| GIL | C | CARDIO: M/W/F 2:00-3:00PM | 01-26-2019 | 03-16-2019 |
| GIL | C | BASIC SPIN:M,W,F 9:00-10:00AM | 01-26-2019 | 03-16-2019 |



## Summary Reentry Plan - Progress Report

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: MUSTAFA, JUAN CARLOS  34427-054

SEQUENCE: 00223630
Report Date: 02-10-2021

| SubFacl | Action | Description | Start | Stop |
|---------|--------|-------------|-------|------|
| GIL | C | ADV JUMP ROPE:T/TH;1400 | 11-11-2011 | 01-06-2012 |
| GIL | C | LEATHER 1830-2030 | 01-24-2011 | 05-06-2011 |
| GIL | C | BIG MAN CARDIO:M,W,F;1400 | 01-14-2011 | 03-16-2011 |
| BSY | C | STOP THE VIOLENCE;MON;7:40AM | 05-09-2010 | 06-23-2010 |
| BSY | C | BEG CROCHET,T&R,12:30-2:00;JB | 05-04-2010 | 05-25-2010 |
| LEW | W | RPP-ANGER MANAGEMENT | 03-13-2009 | 06-05-2009 |
| LEW | C | RPP-VALUES | 07-28-2008 | 08-25-2008 |
| LEW | C | RPP-VICTIM IMPACT/REST JUSTICE | 06-23-2008 | 07-21-2008 |
| LEW | C | RPP-PARENTING FROM A DISTANCE | 06-09-2008 | 06-16-2008 |
| LEW | C | RELEASE ISSUES | 05-05-2008 | 06-02-2008 |
| LEW | C | RPP-LOCAL SOCIAL SERVICE | 04-14-2008 | 04-28-2008 |
| LEW | C | RPP-CAREER EXPLORATION INV. | 03-10-2008 | 04-07-2008 |
| LEW | C | RPP-HEALTH PRO/DISEASE PREVENT | 02-11-2008 | 03-03-2008 |
| LEW | C | RPP-FOOD & MONEY ASST. | 11-05-2007 | 02-04-2008 |
| LEW | C | MILLWRIGHT APPRENTICESHIP | 08-17-2004 | 03-08-2007 |
| LEW | C | LEISURE ACTIVITY/CERAMICS-2002 | 01-02-2002 | 12-31-2002 |
| LEW | C | MILLWRIGHT APPRENTICESHIP | 08-15-1994 | 12-01-2001 |
| LEW | C | LEISURE ACTIVITY/CERAMICS-2001 | 01-02-2001 | 12-31-2001 |
| LEW | C | LEISURE ACTIVITY/CERAMICS-2000 | 01-03-2000 | 01-02-2001 |
| LEW | C | LEISURE ACTIVITY/CERAMICS | 11-20-1997 | 01-03-2000 |
| LEW | C | LEISURE ACTIVITY/INSTR.MUSIC | 01-10-1998 | 10-31-1999 |
| LEW | C | SPANISH GED | 12-04-1997 | 03-09-1999 |
| LEW | C | MATH VT/ACE,WED. 6:30-8:15PM | 12-14-1997 | 07-21-1998 |
| LEW | W | SPANISH GED CLASS 9AM | 10-31-1996 | 12-04-1997 |
| LEW | C | MATH VT/ACE,WED. 6:30-8:15PM | 04-17-1997 | 08-28-1997 |
| LEW | C | ECONOMICS VTACE WED 6:30-8:30 | 06-11-1997 | 08-27-1997 |
| LEW | W | LITERACY PROGRAM | 09-16-1994 | 10-25-1996 |
| LEW | C | PARENTING CLASS | 02-13-1996 | 06-04-1996 |
| LEW | C | ENGLISH AS A SECOND LANGUAGE | 04-26-1994 | 06-30-1994 |
| OTV DCU | W | ESL CLASS AFTERNNONS MON-FRI | 09-27-1993 | 01-13-1994 |
| OTV DCU | C | HOLDOVER ORIENTATION PROGRAM | 09-21-1993 | 09-27-1993 |

### Education Information Summary

Inmate Mustafa has completed several recreational programs since his arrival to FCI Gilmer, including Cardio, Spinning, Jump Rope, Leather, and Big Man Cardio.  He has completed his GED and is currently on the waiting list for several educational classes.  However, due to his release date, enrollment is limited.  The majority of these classes are often reserved for inmates who are releasing in the near future.  When presented with the opportunity, he completes the programs.

### Discipline Reports

| Hearing Date | Prohibited Acts |
|--------------|-----------------|
| 05-01-2013 | 305 : POSSESSING UNAUTHORIZED ITEM |
| 04-16-2013 | 305 : POSSESSING UNAUTHORIZED ITEM |

### Discipline Summary

Since the beginning of his incarceration, in 1993, inmate Mustafa has only received two 300 series incident reports for possessing contraband items.  He consistently complies with institutional rules and regulations, and strives to maintain clear conduct.

### ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|------|-----------|--------|-------|------|
| GIL | A-DES | OTHER AUTH ABSENCE RETURN | 11-06-2020 | CURRENT |
| GIL | A-DES | OTHER AUTH ABSENCE RETURN | 10-20-2020 | 11-06-2020 |
| GIL | A-DES | TRANSFER RECEIVED | 10-06-2010 | 10-20-2020 |
| BSY | A-DES | TRANSFER RECEIVED | 02-03-2010 | 09-16-2010 |
| LEW | A-DES | TRANSFER RECEIVED | 06-07-2006 | 11-24-2009 |
| LEW CODE | A-DES | TRANSFER RECEIVED | 04-14-1994 | 04-04-2006 |

### Current Care Assignments



## Summary Reentry Plan - Progress Report

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: MUSTAFA, JUAN CARLOS  34427-054

SEQUENCE: 00223630
Report Date: 02-10-2021

A-174

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 07-02-2010 |
| CARE2 | STABLE, CHRONIC CARE | 01-28-2010 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-RCVRD | COVID-19 RECOVERED | 02-08-2021 |
| LOWER BUNK | LOWER BUNK REQUIRED | 09-20-2019 |
| NO F/S | NO FOOD SERVICE WORK | 02-19-2003 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 04-10-2006 |

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|
| CDE DIS | CODE DISCHARGE | 02-02-2006 |
| CHG COMP | CHALLENGE COMPLETED | 10-29-2007 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DRG E COMP | DRUG EDUCATION COMPLETED | 02-27-1998 |
| DRG I NONE | NO DRUG INTERVIEW REQUIRED | 12-31-1996 |

### Physical and Mental Health Summary

Inmate Mustafa is a Care Level 2 inmate. He has no medical restrictions; however, he can not work in Food Service. He has completed the Challenge Program and the Drug Education Program.

### FRP Details

Most Recent Payment Plan

**FRP Assignment:**  COMPLT  FINANC RESP-COMPLETED  **Start: 01-06-1997**

Inmate Decision:  **AGREED**  50%  Frequency: **MONTHLY**
Payments past 6 months:  **$0.00**  Obligation Balance: **$0.00**

Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | FINE | $1,100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

### Financial Responsibility Summary

Inmate Mustafa has completed his court ordered financial obligations.

### Release Planning

If released, inmate Mustafa plans on residing with his mother in New York.

### General Comments

** No notes entered **



**Summary Reentry Plan - Progress Report**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: MUSTAFA, JUAN CARLOS  34427-054

SEQUENCE: 00223630
Report Date: 02-10-2021

Name:  MUSTAFA, JUAN CARLOS
Register Num:  **34427-054**
Age:  60
Date of Birth:  03-21-1960
DNA Status:  GIL02907 / 06-07-2011

A-175

Inmate  (MUSTAFA, JUAN CARLOS, Register Num: 34427-054)

2/10/21
Date

Chairperson

2/10/21
Date

Case Manager

2/10/21
Date

A-176

RECOMMENDATION TO INMATE INCENTIVE AWARDS COMMITTEE:

FOR CIVILIAN STAFF USE ONLY:

34427-054

INMATE NAME: Juan Mustafa          REG. NO.: 34227-054

UNIT  E-3          DATE OF LAST AWARD SUBMITTED:  2-1-03

REASON FOR RECOMMENDATION: Inmate Mustafa has worked extremely hard over the past month and has been a necessity in the paint shop, as well as in the repair of various machinery throughout UNICOR.

AMOUNT OF AWARD $  25.00     BUDGETED AMOUNT REMAINING $_____

CIVILIAN STAFF SIGNATURE _____(DEPT) Millwright

FOR COMMITTEE USE ONLY:

$ AMT OF LAST AWARD_____ DATE OF LAST AWARD_____

$ AMT OF APPROVED AWARD_____ LETTER (X)_____

cofield
5/22/03

COMMITTEE SIGNATURES:  BUSINESS MGR. _____
                       FACTORY MGR. _____
                       AW(I) _____

## INCENTIVE AWARD RECOMMENDATION

RECOMMMENDATION TO INCENTIVE AWARDS COMMITTEE:

FOR CIVILIAN STAFF USE ONLY: *A-177*

INMATE NAME: MUSTAFA, JUAN       REG. NO. 34427-054

UNIT: H-3       DATE OF LAST AWARD SUBMITTED: 12-20-01

**REASON FOR RECOMMENDATION:** I AM RECOMMENDING INMATE MUSTAFA, JUAN REG#34427-054 FOR AN INCENTIVE AWARD IN THE AMOUNT OF $ 20.00 FOR HIS OUTSTANDING WORK PERFORMANCE IN THE MILLWRIGHT DEPARTMENT. HE IS VALUED FOR HIS PIPEFITTING AND PLUMBING SKILLS, IN ADDITION TO HIS UNSELFISH AND COMPETENT ASSISTANCE ON VARIOUS SPECIAL PROJECTS. HE GETS ALONG WELL WITH STAFF AND OTHER INMATES. FOR THESE REASONS I RECOMMEND THIS INMATE FOR A MONETARY AWARD.

AMOUNT OF AWARD: $ 20.00      BUDGETED AMOUNT REMAINING: $85.00

CIVILIAN STAFF SIGNATURE: _____      DEPT: MILLWRIGHT

FOR COMMITTEE USE ONLY:

AMOUNT OF LAST AWARD: $      DATE OF LAST AWARD: _____

AMOUNT OF APPROVED AWARD: $_____      LETTER (X) _____

OK
8/2/1

BUSINESS MGR.
SIGNATURE: _____      DATE APPROVED: _____

FACTORY MGR.
SIGNATURE: _____      DATE APPROVED: _____

AW(I)
SIGNATURE: _____      DATE APPROVED: _____

RECOMMENDATION TO INCENTIVE AWARDS COMMITTEE:     A-178

FOR CIVILIAN STAFF USE ONLY:

INMATE NAME____Mustafa, J._____     REG. NO.____34427-054____

UNIT____3_____     DATE OF LAST AWARD SUBMITTED_____

REASON FOR RECOMMENDATION:

The above referenced inmate assisted in the completion of a UNICOR installation. A letter was received from the Outside Contractor in charge of this installation. The letter complimented this inmate for his polite and respectful demeanor and his diligence in his work.

It ~~is for this~~ reason I would like to recommend this inmate for a $~~100~~ 50 inmate incentive award.

AMOUNT OF AWARD $_____     BUDGETED AMOUNT REMAINING $_____

CIVILIAN STAFF SIGNATURE _Jay R. Young_ (DEPT) _____

_____

FOR COMMITTEE USE ONLY:

$ AMT OF LAST AWARD_____ DATE OF LAST AWARD_____

$ AMT OF APPROVED AWARD_____ LETTER (X)_____

SIGNATURES: DEPT. HEAD _C. Small for_____

            FACTORY MGR_____

            AW(I)_____

RECOMMENDATION TO INCENTIVE AWARDS COMMITTEE:

A-179

FOR CIVILIAN STAFF USE ONLY:

INMATE NAME MUSTAFA, JUAN          REG. NO. 34427-054

UNIT H-3          DATE OF LAST AWARD SUBMITTED 10-20-00

REASON FOR RECOMMENDATION: INMATE MUSTAFA, J. # 34427-054 HE HAS WORKED IN MILLWRIGHT DEPARTMENT FROM AUGUST OF 1994 AND HAS PERFORMED ANY NUMBER OF DIFFICULT TASKS, HE TAKES HIS DUTIES SERIOUSLY AND HAS AN EXCELLENT WORK ETHIC.   INMATE MUSTAFA CAN BE PUT TO ANY TASKS WITH LITTLE OR NO SUPERVISION AND HAS SHOWN TO BE A VERY ABLE AND COMPETANT WORKER. HE IS VERY POLITE AND GETS ALONG WELL WITH BOTH STAFF AND FELLOW WORKERS. FOR THESE REASONS I RECOMMEND HIM FOR A MONETARY AWARD.

AMOUNT OF AWARD $50.00          BUDGETED AMOUNT REMAINING $_____

CIVILIAN STAFF SIGNATURE _____ (DEPT) m/w _____

_____

FOR COMMITTEE USE ONLY:

$ AMT OF LAST AWARD_____      DATE OF LAST AWARD_____

$ AMT OF APPROVED AWARD_____      LETTER (X)_____

o k
copied
5/24/01

SIGNATURES: DEPT. HEAD _____

FACTORY MGR _____

AW(I) _____

RECOMMENDATION TO INCENTIVE AWARDS COMMITTEE:

FOR CIVILIAN STAFF USE ONLY:                A-180

INMATE NAME **MUSTAFA, JUAN**          REG. NO. **34427-054**

UNIT **E-3**                DATE OF LAST AWARD SUBMITTED **5-20-00**

REASON FOR RECOMMENDATION: **INMATE MUSTAFA'S DEPENDABILITY WITHIN THE MILLWRIGHT DEPARTMENT IS SEEN ON A DAILY BASIS. HE WELCOMES OPPORTUNITIES TO IMPROVE HIMSELF AND WORKS COOPERATIVELY WITH BOTH STAFF AND OTHER INMATES. AS A RESULT OF HIS PARTICIPATION IN THE APPRENTICE PROGRAM HE CONTINUES TO SHOW GROWTH AND IMPROVEMENT IN MOST TRADES. AT THIS TIME IT IS RECOMMENDED THAT INMATE MUSTAFA BE AWARDED A MONETARY INCENTIVE AWARD OF $50.00**

AMOUNT OF AWARD $ **50.00**      BUDGETED AMOUNT REMAINING $_____

CIVILIAN STAFF SIGNATURE _____ (DEPT) **MILLWRIGHT DEPT.**

FOR COMMITTEE USE ONLY:

$ AMT OF LAST AWARD_____ DATE OF LAST AWARD_____

$ AMT OF APPROVED AWARD_____ LETTER (X)_____

SIGNATURES: DEPT. HEAD _____

FACTORY MGR _____

AW(I) _____

OK

10/24/00

RECOMMENDATION TO INMATE INCENTIVE AWARDS COMMITTEE:

FOR CIVILIAN STAFF USE ONLY:

*A - 181*

INMATE NAME MUSTAFA, JUAN              REG. NO. 34427-054

UNIT  F-3                 DATE OF LAST AWARD SUBMITTED  07-01-99

REASON FOR RECOMMENDATION:  INMATE MUSTAFA IS RESPONSIABLE FOR ALL THE PLUMBING AND HEATING COMPONENTS IN UNICOR. THIS INMATE TAKES GREAD PRIDE IN HIS WORK. THIS PERSONS ALSO HELPS ALL THE FOREMAN AND MILLWRIGHT AND IS A ASSETS TO MILLWRIGHT DEPARTMENT. AS A RESULT OF HIS PARTICIPATION IN THE APPRENTICE PROGRAM HE CONTINUES TO SHOW GROWTH AND IMPROVEMENT IN MOST TRADES ASSOCIATED WITH A MILLWRIGHT DEPARTMENT. AT THIS TIME IT IS RECOMMENDED THAT INMATE MUSTAFA BE AWARDED A MONETARY INCENTIVE AWARD OF $50.00.

AMOUNT OF AWARD $ 50.00        BUDGETED AMOUNT REMAINING $_____

CIVILIAN STAFF SIGNATURE_____ (DEPT) mlw_____

_____

FOR COMMITTEE USE ONLY:

$ AMT OF LAST AWARD_____  DATE OF LAST AWARD_____   o K

$ AMT OF APPROVED AWARD_____  LETTER (X)_____   *dcofield 3/22/00*

COMMITTEE
SIGNATURES: BUSINESS MGR_____

FACTORY MGR_____

AW(I)_____

RECOMMENDATION TO INCENTIVE AWARDS COMMITTEE:

FOR CIVILIAN STAFF USE ONLY:                    A - 182

INMATE NAME __MUSTAFA, JUAN__    REG. NO. __34427-054 ~__

UNIT __H-3__  (3)    DATE OF LAST AWARD SUBMITTED __11/1/97__

REASON FOR RECOMMENDATION:

INMATE MUSTAFA, J. #34427-054 IS PRESENTLY ASSIGNED TO MILLWRIGHT
AS A PLUMBER. HE HAS WORKED IN MILLWRIGHT FROM AUGUST OF 1994 AND
HAS PERFORMED ANY NUMBER OF DIFFICULT TASKS. HE TAKES HIS DUTIES
SERIOUSLY AND HAS AN EXCELLENT WORK ETHIC. INMATE MUSTAFA CAN BE
PUT TO ANY TASKS WITH LITTLE OR NO SUPERVISION AND HAS SHOWN TO
BE A VERY ABLE AND COMPETANT WORKER. HE IS VERY POLITE AND GETS
ALONG WELL WITH BOTH STAFF AND FELLOW WORKERS. HE ATTENDS SCHOOL
AN HOUR A DAY WORKING TOWARD HIS G.E.D. YET CARRIES HIS WORK LOAD
WELL. HIS INITIATIVE TOWARDS BETTERING HIMSELF BOTH IN EDUCATION
AND WORK TRAINING IS MOST ADMIRABLE. FOR THESE REASONS I RECOMMEND
HIM FOR A MONETARY AWARD.

AMOUNT OF AWARD $ __50.__     BUDGETED AMOUNT REMAINING $ __325.00__

CIVILIAN STAFF SIGNATURE _____ (DEPT) __MILLWRIGHT__

FOR COMMITTEE USE ONLY:

$ AMT OF LAST AWARD ____50____ DATE OF LAST AWARD __12/97__

$ AMT OF APPROVED AWARD _____ LETTER (X) _____

SIGNATURES _____                    OK
            _____                  7/22/98

UNITED STATES GOVERNMENT

# memorandum

DATE: 5 DECEMBER 1997

REPLY TO
ATTN OF: KELVIN SPENGLER, MILLWRIGHT

SUBJECT: FOR INMATE FILE
J. MUSTAFA #34427-054

TO: UNIT MANAGER H-BLOCK

A-183

C File
Section 6

PLEASE FIND THE ATTACHED LETTER OF COMMENDATION FROM D.L. ENTERPRISES
FOR INMATE J. MUSTAFA #34427-054. PLEASE PLACE IN THE INMATE'S FILE.

OPTIONAL FORM NO. 10
(REV. 1-80)
GSA FPMR (41 CFR) 101-11.6
5010-114



1866 Highcrest Drive
St. Charles, MO 63303

TELEPHONE: 314-949-0595
FACSIMILE: 314-549-0064

August 19, 1997

A-184

Warden Page True
FPI Lewisburg
Box 1000
William Penn Drive
Lewisburg, PA 17837

Re; Installation Job

Dear Warden True:

I recently completed an installation job at your Penitentiary,
where by several of your inmates assisted me throughout the
process. My men and I worked "side-by-side" with Abney, R.
09209-158, Briley, M. 25975-198, Bonds, J. 03361-033, Figueroa, A.
28161-054, Heimgartner, M. 09923-018, Guzman, M. 01710-032,
Wentz, D. 02471-087, Wilkinson, S. 07139-067, Martin, P. 12304-
075, Mustafa, J. 34427-054, on a daily basis. Each of these
men were polite and respectful as well as diligent in their
work. I would like to express my satisfaction and thanks for a
job well done. It was also a pleasure to enlist inmates who
were courteous and knowledgeable. It was apparent to me, as well
as my staff, that your ability to govern the enviroment of the
Penitentiary was indeed a pleasant experience.

I look forwarding to working with you again. Best Wishes.

Very truly yours,

D.L. enterprises, Inc.

Derek L Price
President

RECOMMENDATION TO INCENTIVE AWARDS COMMITTEE:

          FOR CIVILIAN STAFF USE ONLY:     *A - 185*

INMATE NAME  MUSTAFA, JUAN        REG. NO. #34427-054

UNIT  SAN WEST (I-BLOCK)     DATE OF LAST AWARD SUBMITTED  8/8/95

**REASON FOR RECOMMENDATION:**  INMATE MUSTAFA WAS ASSIGNED TO THE MILLWRIGHT DEPARTMENT 8/15/94 AND DURING HIS ASSIGNMENT TO THE PIPEFITTERS/PLUMBERS CREW HE HAS DONE AN OUT-STANDING JOB.  INMATE MUSTAFA IS EAGER TO LEARN THE PLUMBING TRADE AND SHOWS A GREAT INTEREST IN ALL AND ANY JOBS ASSIGNED HIM. INMATE MUSTAFA WAS PROMOTED TO 1ST. GRADE DUE TO HIS EXEMPLARY JOB PERFORMANCE AND CONTINUES TO DEMONSTRATE A WIILINGNESS AND COOPERATION NOT FOUND IN MOST INMATE WORKERS.  INMATE MUSTAFA ATTENDS SCHOOL EVERY AFTERNOON FROM 12 P.M. TO 2 P.M., WORKING TOWARDS HIS G.E.D., BUT RECENTLY HAD TO TAKE A LEAVE OF ABSENCES FROM THE EDUCATION DEPARTMENT FOR 6 WEEKS BECAUSE OF LOOSING ONE OF MY INMATE WORKERS TO A MEDICAL IDLE STATUS.  MUSTAFA HANDLED THE OVER-WORK LOAD WITH LITTLE TO NO PROBLEMS AND CONTINUES TO DO AND OUT-STANDING JOB.  INMATE MUSTAFA IS VERY POLITE, COURTESY AND NEVER HESITATES TO COMPLETE ALL AND ANY JOB ASSIGNMENTS ASSIGNED HIM.

AMOUNT OF AWARD $  50.00     BUDGETED AMOUNT REMAINING $ 275.00

CIVILIAN STAFF SIGNATURE _____  (DEPT) _____

FOR COMMITTEE USE ONLY:

$ AMT OF LAST AWARD _____ DATE OF LAST AWARD _____

$ AMT OF APPROVED AWARD _____ LETTER (X) _____

SIGNATURES _____

UNITED STATES GOVERNMENT

# memorandum

DATE:       FEBRUARY 14TH., 1995

REPLY TO
ATTN OF:    L. KRETZ, MAINTENANCE SUPERVISOR/UNICOR          A-186

SUBJECT:    INCENTIVE AWARD FOR INMATE JUAN MUSTAFA #34427-054

TO:         MR. ED. BRAIDIC, BUSINESS MANAGER/
            CHAIRMAN INCENTIVE AWARDS COMMITTEE


I WOULD LIKE TO RECOMMEND INMATE JUAN MUSTAFA #34427-054 FOR AN INCENTIVE
AWARD BASED UPON HIS WORK PERFORMANCE OVER THE PAST SIX (6) MONTHS. INMATE
MUSTAFA WAS ASSIGNED TO THE MILLWRIGHT DEPARTMENT AUGUST 15TH., 1994 AS
OUR INDUSTRIAL CLEANER AND DURING THIS TIME DID AN OUT-STANDING JOB.

RECENTLY INMATE MUSTAFA WAS REASSIGNED FROM INDUSTRIAL CLEANER TO THE
PIPEFITTING/PLUMBING CREW DETAIL AS HE WAS EAGER TO LEARN A TRADE. TODATE
HE IS DOING WELL ON THE PIPEFITTING/PLUMBING CREW. INMATE MUSTAFA APPEARS
TO SHOW INTEREST IN ALL AND ANY JOBS ASSIGNED HIM.

HE IS VERY POLITE, COURTEOUS, WORKS WELL WITH BOTH STAFF AND INMATE WORKERS
AND HAS THE ABILITY TO DO WELL IN HIS NEW JOB ASSIGNMENT.

IT IS FOR THE ABOVE REASONS THAT I WISH TO RECOMMEND INMATE MUSTAFA FOR
THIS INCENTIVE AWARD.


CC: UNIT CASE MANAGER
    INMATE PERSONAL FILE

OPTIONAL FORM NO. 10
(REV. 1-80)
GSA FPMR (41 CFR) 101-11.6
5010-114

*U.S. Government Printing Office: 1991 — 281-782/40126

February 20, 2021   A-187

Federal Correctional Institute

Reference: 34427-054   NAME: JUAN CARLOS MUSTAFA

My name is Algema Toribio, of legal age, resident at 524 West 173 St Apt 2A New York, NY 10032 will

like to inform you that I'm the mother of JUAN CARLOS MUSTAFA NUMBER 34427-054. That if my son is

release from jail I'm able and willing to receive him in my home at the address above. I, will provide

him with shelter and all his needs. I further state that all our family are waiting for him and are available

to help him to enroll back into society and help him with all his needs.

I, thank you in advance for taking the time to read this letter and I beg you to please take into

consideration my petition and my wiliness to accept my son in my home.

Sincerely yours

*Algema Toribio*

Algema Toribio

Sworn To Before me
This 2-20-2021

I UDERKA VARGAS
Notary Public, State of New York
No. 31-4897353
Qualified in New York County
Commission Expires June 01 2023

A-188

**NEW YORK STATE** USA.
IDENTIFICATION CARD

ID **202 432 695**    Class **ID**

TORIBIO
ALGEMA

524 W 173RD ST 2A
NEW YORK, NY 10032

Sex F    Height 5'-04"    Eyes BRO
DOB **11/01/1942**
Expires **11/01/2026**
E NONE
R NONE
Issues **01/06/2020**



U.S. POSTAGE PAID
PM 2-DAY
GASSAWAY, WV
MAR 02, 21
AMOUNT
$0.00
R2305K138759-01

CLERK'S OFFICE
S.D.N.Y
Legal Mail Open me at

Office of the clerk
U.S. District Court
for the Southern District of N.Y.
500 Pearl Street
New York, NY 10007

Juan Carlos
Namastata
15431-007 -054
Federal Correctional Institution - Gilmer
P.O. Box 6000
Glenville, WV 26351

PRIORITY MAIL

TRACKED INSURED

UNITED STATES POSTAL SERVICE
For Domestic Use Only

Label 107R, July 2013

CERTIFIED MAIL

7020 0640 0000 0022 5043