UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :
           -against-                                      :  93 Cr. 203 (LGS)
                                                              :
JUAN CARLOS MUSTAFA,                                          :  **ORDER**
                                  Defendant.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, pro se Defendant Mustafa Juan Carlos mailed an *ex parte* letter in support of his motion for sentence reduction or compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) and for appointment of counsel.  The letter is appended hereto.  It is hereby

      **ORDERED** that Defendant is advised that the Court is in receipt of the letter.  The Government shall mail a copy of this Order to Defendant and file proof of service by **March 19, 2021**.

Dated:  March 16, 2021
       New York, New York

                                                   **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**

Juan Carlos Mustafa
#34427-054
FCI- Gilmer
P.O. Box 6000
Glenville WV 26351

March 7, 2021　　　　　S4 93 CR 00203-06 (TPG)

Office of Clerk
U.S.D.C. for the Southern Dist. of New York
500 Pearl Street
New York NY 10007

　　　Please file the enclosed letter in support of Defendants motion for Compassionate Release. The Letter is submitted by Juana Polanco. Thank you kindly

　　　　　　　　　　Very Sincerely

　　　　　　　　　　*Juan Carlos Mustafa* (signature)
　　　　　　　　　　Juan Carlos Mustafa

**To whom it may concern:**

Through this letter me **JUANA POLANCO** id : 645-839-005 resident at 5057 broadway apt 41 , NEW YORK , NY 10034 certify that i'm the mother of **JUAN CARLOS MUSTAFA** 's son, if he comes out of jail i claimed that his mother and me will give him all of our support , i will love for him to be around his son , witch needs the presence of his father. We will take care of him in his sickness and provide for all his needs. If you have any questions feel free to contact me at 646-593-5059.

Sincerely

*Juana Polanco*
**JUANA POLANCO**

Briana Infante
Notary Public
State of New Jersey
50137194

03/01/21



NEW YORK NY 100
2 MAR 2021 PM 13 L

131

Juan Carlos Mustafa
Esquire 7-054
Federal Correctional
Institution Shemer
P.O. Box 6000

131

Susana Polanco
5059 Broadway
NY NY NY 10034

26351-500000

Mustafa, Juan Carlos
#34427-054
Federal Correctional Institution - Gilmer
P.O. Box 6000
Glenville WV 26351

USPS
SDNY

Criminal JVR
Docketing

Office of the clerk
United States District Court
For the Southern District of New York
500 pearl street
New York, N.Y. 10007