

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 18, 2022

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Juan Carlos Mustafa*, 93 Cr. 203 (LGS)

Dear Judge Schofield:

    The Government respectfully writes concerning the Court's Order in the above-referenced matter, dated March 16, 2022, directing the Government to file a response to defendant Juan Carlos Mustafa's second motion for compassionate release by March 31, 2022. The Government respectfully requests an adjournment of its deadline to file a response to April 29, 2022. This is the Government's first request for an adjournment.

Application GRANTED. The Government shall file its response to Defendant Juan Carlos Mustafa's second motion for compassionate release by **April 29, 2022**.

Dated: March 21, 2022
New York, New York

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Jonathan L. Bodansky
Assistant United States Attorney
(646) 957-1800

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**