LEONARDO M. ALDRIDGE
Attorney-At-Law
20 Vesey St., Room 400
New York, NY 1007

September 19, 2022

> Application GRANTED.  Defendant shall file his renewed motion for compassionate release by **September 30, 2022**.
>
> Dated: September 19, 2022
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: U.S. v. Juan Carlos Mustafa, 93-203 (LGS)

Dear Judge Schofield:

    I write to respectfully request a 14-day extension to the September 16 deadline set by this Honorable Court to submit a motion for compassionate release on behalf of Mr. Juan Carlos Mustafa. There are two main reasons for this request. First, some of the necessary documentation for this motion – letters, medical and prison records – have been required but not yet secured. We expect we will have these documents in our possession in the coming days. Second, my family lives in Puerto Rico and, since the middle of last week, I have been dealing with preparations for, and now the aftermaths of, Hurricane Fiona's path through the island.

    For these reasons, I respectfully request a short, 14-day extension of the prior deadline set by this Honorable Court to submit Mr. Mustafa's compassionate release motion.

Respectfully submitted,

S/Leonardo M. Aldridge
Leonardo M. Aldridge
Counsel for Mr. Mustafa
Phone: (929) 215-4529
E-mail: leoaldridge@hotmail.com,
laldridge@sbgblaw.com

Cc. AUSA Jonathan Bodansky

1