

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 12, 2022

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   *United States v. Juan Carlos Mustafa*, 93 Cr. 203 (LGS)

Dear Judge Schofield:

    The Government respectfully writes concerning scheduling in the above-referenced matter. As discussed with Chambers, the Government respectfully requests, with the consent of the defense, that its deadline to respond to the defendant's renewed motion for compassionate release, currently October 14, 2022, be adjourned to November 18, 2022.

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney for the
                      Southern District of New York

By: _____
      Jonathan L. Bodansky
      Assistant United States Attorney
      (646) 957-1800

Cc: Leonardo M. Aldridge (by ECF)

Application GRANTED.  The Government shall respond to Defendant's motion for compassionate release by **November 18, 2022**.  Defendant shall file his reply by **December 9, 2022**.

No further extensions will be granted absent extraordinary circumstances.

Dated: October 13, 2022
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE