UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                -against-                          :      93 Cr. 203 (LGS)
                                                            :
JUAN CARLOS MUSTAFA,                                        :      <u>ORDER</u>
                              Defendant.     :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on October 5, 2022, Defendant filed a renewed motion for compassionate release (Dkt. No. 238).  On November 18, 2022, the Government filed an opposition (Dkt. No. 241).  On December 9, 2022, Defendant filed a reply (Dkt. No. 242).  It is hereby

        **ORDERED** that, by **January 5, 2023**, the Government shall file an additional letter addressing the facts of Defendant's conduct in relation to the crimes of which he was convicted, and specifically addressing Defendant's relative culpability compared with his co-defendants and in particular with other individuals who were convicted under the same counts for which Defendant was convicted, and attaching any relevant supporting documentation.

Dated:  December 15, 2022
           New York, New York

                                                        LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE